# DISTRICT COURT OF THE VIRGIN ISLANDS

# DIVISION OF ST. CROIX

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | 2000-CV-0170 |
| v. | |
| **KENDEL C. O'REILLY, MARIA T. O'REILLY, and CHASE MANHATTAN BANK, N.A.,** | |
| **Defendants.** | |

**TO:** Angela P. Tyson-Floyd, Esq., AUSA
Lydia D. Logie-Moolenaar, Esq.
Samuel T. Grey, Esq.

## ORDER GRANTING PLAINTIFF'S MOTION TO LIFT STAY

THIS MATTER is before the Court upon the motion of the United States of America to lift the stay imposed due to the fact that Defendants Kendel C. O'Reilly and Maria T. O'Reilly were members of the class action suit, *Chiang, et al. v. Veneman*, Civil Action No. 2000/0004. The Court being aware that the *Chiang* matter has been resolved against the class members in a memorandum opinion and order of the Honorable Judge James T. Giles, it is now hereby **ORDERED**:

1.  Plaintiff's Motion to Lift Stay (Docket No. 21) is **GRANTED**.

*United States v. O'Reilly*
2000-CV-0170
Order Granting Plaintiff's Motion to Lift Stay
Page 2

    2.    The stay imposed by Order (Docket No. 20), entered December 19, 2007, is **LIFTED**, and Plaintiff may proceed with the foreclosure of this matter.

    3.    A status conference is scheduled in this matter for September 30, 2008, at 11:30 a.m.

ENTER:

Dated: August 29, 2008

/s/
GEORGE W. CANNON, JR.
U.S. MAGISTRATE JUDGE